NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7129

WILLIE CLAY,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting  Secretary of Veterans Affairs,

Respondent-Appellee.

James C. McKay, Covington & Burling, of Washington, DC, argued for claimant-appellant.

Joan M. Stentiford, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee.  With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director.  Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel and Amanda R. Blackmon, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:  United States Court of Appeals for Veterans Claims

Judge Lawrence B. Hagel

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7129

WILLIE CLAY,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the United States Court of Appeals for Veterans Claims

in CASE NO(S). 04-1134.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, <u>Circuit Judge</u>, PLAGER, <u>Senior Circuit Judge</u>, and KEELEY,<sup>*</sup> <u>Chief District Judge.)</u>

AFFIRMED.  <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: <u>October 5, 2007</u>          /s/  Jan Horbaly

Jan Horbaly, Clerk

---

\*     Honorable Irene M. Keeley, Chief Judge of the United States District Court for the Northern District of West Virginia, sitting by designation.